# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JEFFREY STEPHEN CONRAD,<br><br>　　　　　　　　　Defendant. | 8:17CR261<br><br>**ORDER** |

　　　　This matter is before the court on defendant's Motion to Continue Deadline for Filing Pretrial Motions [21]. For good cause shown, I find that the motion should be granted. The defendant will be given an approximate 4-week extension. Pretrial motions shall be filed by January 2, 2018.

　　　　**IT IS ORDERED:**

　　　　1.　　Defendant's Motion to Continue Deadline for Filing Pretrial Motions [21] is granted. Pretrial motions shall be filed on or before January 2, 2018.

　　　　2.　　The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., the time between December 5, 2017 and January 2, 2018, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

　　　　Dated this 6th day of December, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge