IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR261 |
| v. | |
| JEFFREY STEPHEN CONRAD, | ORDER |
| Defendant. | |

This matter is before the Court on the government's Motion for Dismissal (Filing No. 28) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests leave to dismiss the Indictment (Filing No. 1) against Jeffrey Stephen Conrad with prejudice. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion for Dismissal (Filing No. 28) is granted.
2. The Indictment (Filing No. 1) against Jeffrey Stephen Conrad is hereby dismissed with prejudice.

Dated this 17th day of January 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge